STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ALICE JOHNS, ALSO KNOWN AS ALICE BOYD, AND
JEAN COMITO, DEFENDANTS-PETITIONERS.

On petition for certification to the Superior Court, Appellate Division.

*Mr. Sylvester S. Garfield* and *Mr. Harold Gorbin* for the petitioners.

*Mr. Horace K. Roberson, Mr. William A. O'Brien* and *Mr. William W. Wimmer* for the respondent.

November 3, 1952. Denied.